**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARY ROBINSON**                                                                                               **PLAINTIFF**

V.                                    No. 4:06CV01547-BD

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Mary Robinson.

DATED this 1st day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE